UNITED STATES DISTRICT

COURT DISTRICT OF

Marcos Onorato De Paula, Jr.          MASSACHUSETTS

CIVIL ACTION NO.   1:26-cv-10706-MJJ

V.

Unknown MEVA Employees et al

ORDER OF DISMISSAL

JOUN, D.J.

In accordance with the Court's Order dated July 20, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

July 20, 2026

/s/ Sophie Phillips
--------------------------
Deputy Clerk